EILEEN DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
VICKI CHOU (Cal. Bar No. 248598)
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0622
    Facsimile: (213) 894-0141
    E-mail: vicki.chou@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Search of Information associated with the account identified as contadora.joia09@gmail.com, that is stored at the premises controlled by Google, Inc. | No. M 15-01650<br><br>[PROPOSED] ORDER ALLOWING EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL EVIDENCE |
|---|---|

For good cause shown, IT IS HEREBY ORDERED that the government may retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days beyond the time period previously authorized, or until June 6, 2016, the content of email account contadora.joia09@gmail.com that was produced by Google, Inc. on December 7, 2015.

DATED: FEB - 1 2016

_/s/ Suzanne H. Segal_

HONORABLE
UNITED STATES MAGISTRATE JUDGE
SUZANNE H. SEGAL

Prepared by:

/S/
Vicki Chou
Assistant United States Attorney